| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Webber, E. Richard | 2. Court or Organization Eastern District of Missouri | 3. Date of Report 5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. District Court 111 S. Tenth St., Suite 12 S St. Louis, MO 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Partner | Eureka Land Company (see VIII) |
| 2. | |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 16 A 10: 47 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. U.S. Savings Bonds | A | None | J | T | | | | | |
| 2. Transamerica | A | Dividend | J | T | | | | | |
| 3. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 4. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 5. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 6. Jefferson Pilot | A | Dividend | J | T | | | | | |
| 7. Penn Mutual Life Ins. | A | Dividend | J | T | | | | | |
| 8. Savings Acct U.S. Bank | A | Interest | J | T | | | | | |
| 9. Allianz Life Ins. Co. (2 accounts) | A | Dividend | J | T | | | | | |
| 10. Penn Mutual Life Ins. | A | Dividend | J | T | | | | | |
| 11. Investment Co. of America | A | Dividend | K | T | | | | | |
| 12. State Teacher Retirement | D | Interest | L | T | | | | | |
| 13. Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 14. Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 15. Putnam Money Market Class A Mutual Fund | A | Dividend | | | sell | 3/31 | J | A | |
| 16. Savings Acct. - Gateway Metro Credit Union | A | Interest | | | sell | 11/05 | J | A | |
| 17. Pimco Renaissance Class C | A | Dividend | J | T | | | | | |
| 18. Davis N.Y. Class C | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Oppenheimer Global Class C | A | Dividend | J | T | | | | | |
| 20. Seligman Small Cap Class C | A | Dividend | J | T | | | | | |
| 21. American Growth Fund - Class C (see VIII) | A | Dividend | | | sell** | 10/15 | J | B | |
| 22. Condominium Lake Ozark, MO | C | Rent | L | T | | | | | |
| 23. Royal Alliance - Sun America Trust | B | Dividend | K | T | | | | | |
| 24. Federated Kaufmann small cap | A | Dividend | J | T | | | | | |
| 25. Federated Kaufmann small cap | A | Dividend | J | T | | | | | |
| 26. Lincoln Financial Group | A | Dividend | J | T | | | | | |
| 27. Oppenheimer Capital Income Trust | A | Dividend | J | T | | | | | |
| 28. Lincoln Financial Group - American Legacy III-1 | A | Dividend | J | T | | | | | |
| 29. Lincoln Financial Group - American Legacy III-2 | A | Dividend | J | T | | | | | |
| 30. U.S. Bank - CD #1 (see VIII) | A | Interest | | | sell | 3/22 | J | A | |
| 31. U.S. Bank - CD #2 (see VIII) | A | Interest | | | sell | 3/22 | J | A | |
| 32. U.S. Bank - CD #3 (see VIII) | A | Interest | | | sell | 3/22 | J | A | |
| 33. U.S. Bank - CD #4 (see VIII) | A | Interest | | | sell | 3/22 | J | A | |
| 34. U.S. Bank - CD #5 (see VIII) | A | Interest | | | sell | 3/22 | J | A | |
| 35. Bank of Kirksville - CD #1 | A | Interest | J | T | | | | | |
| 36. Bank of Kirksville - CD #2 | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Webber, E. Richard | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Bank of Kirksville - CD #3 | A | Interest | J | T | | | | | |
| 38. Bank of Kirksville - CD #4 | A | Interest | J | T | | | | | |
| 39. Bank of Kirksville - CD #5 | A | Interest | J | T | | | | | |
| 40. Franklin Templeton US Gov't Securities Fund - Class A | A | Dividend | K | T | | | | | |
| 41. Hartford Life Fund (see VIII) | C | Dividend | K | T | sell | 4/17 | K | C | |
| 42. 1/2 interest in real estate | B | Inheritance | M | T | | | | | |
| 43. Distribution from Estate (see VIII) | A | Inheritance | | | sell | 2/12 | J | | |
| 44. Franklin Templeton Funds MO Tax Free Income Fund | A | Dividend | K | T | Buy | 3/24 | K | | |
| 45. Federated Stock and Muni Advantage Fund | A | Dividend | J | T | Buy | 8/19 | J | | |
| 46. Thornburg Limited Term Municipal Fund Class A | A | Dividend | J | T | Buy | 9/10 | J | | |
| 47. Bank of Kirksville - CD #6 | A | Interest | J | T | Buy | 9/15 | J | | |
| 48. Blanchard | A | Dividend | J | T | Buy | 2/4 | J | | |
| 49. Federated Growth Strategies | A | Dividend | J | T | Buy | 2/12 | J | | |
| 50. AG Edwards - St. Charles Co. Transp. Munipal Tax Free Bond | A | Bond | K | T | Buy | 3/26 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Webber, E. Richard | 5/9/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I:
In 1972, five individuals purchased rought land in Scotland County, Missouri, for a total price of $10,000 ($2,000 each). I have no active business participation in this real estate.

Section VII:
American Growth Fund - Class C, line 21 - Inadvertently omitted on last year's report. This was sold for $13,061.68 on 10/15/03.

U.S. Bank - CDs #1-5, lines 30-34 - sold and reinvested in Franklin Templeton Funds MO Tax Free Income Fund, line 45.

Hartford Life Fund, line 41 - sold and reinvested in Federated Stock Muni Advantage Fund, line 45; Thornburg Limited Term Municipal Fund Class A, line 46; and Bank of Kirksville - CD #6, line 47.

Distribution from Estate, line 43 - sold and reinvested in Federated Growth Strategies, line 49.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Webber, E. Richard | 5/9/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                Date _May 10, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544